# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES OSCAR SABBATH, ) | Case No. SA CV 12-1959-SJO (SP) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| DOMINGO URIBE JR., Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 27, 2013.

*S. James Otero*
_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE